ANNA D. CANTOR, Appellant, *v.* MAX CANTOR et al., Respondents.

(Argued October 16, 1928; decided November 20, 1928.)

*Abraham Benedict* and *David Gorfinkel* for appellant.
*William A. Walsh* for respondents.

 no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN, J.